IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>***Plaintiff***<br><br>vs.<br><br>CARLOS QUIÑONES-ORTIZ<br>***Defendant*** | CRIMINAL NO. 24-442 (PAD) |

**MOTION REQUESTING MODIFICATION OF CONDITIONS OF RELEASE**

TO THE HONORABLE MAGISTRATE
JUDGE HECTOR L. RAMOS-VEGA:

COMES NOW the above captioned defendant through the undersigned attorney and very respectfully PRAYS and ALLEGES as follows:

1. The appearing defendant's bail hearing was held yesterday and conditions of release were granted among which this Honorable Court imposed home detention except for, interalia, defendant's employment needs.

2. As reflected in the defendant's pretrial services report, he is the owner of Tacos Garibaldi, a restaurant located in Caguas, P.R. since 1997 that opens 7 days a week with eight (8) employees on payroll.

3. Today the defendant met with his assigned probation officer USPO Norman Rosario and in light of the defendant's business needs USPO Rosario told the defendant and also the undersigned attorney that due to his business needs the home incarceration condition of release doesn't adequately meet the defendant's need to adequately manage and supervise his business, therefore suggesting the undersigned to request from this Honorable Court the modication of this

condition to be a curfew instead of the current condition of home detention.

4. Additionally, USPO Rosario told the undersigned counsel that, in addition to a request for modification of said condition to be one of curfew, we should request as well from this Honorable Court to allow that the defendant's work schedule to be coordinated specifically between the defendant and his assigned probation officer, again, USPO Rosario.

**WHEREFORE,** the defendant respectfully requests from this Honorable Court to GRANT the instant motion therefore modifying the defendant's conditions of release establishing a condition of curfew instead of home detention and specifically allowing the defendant's work schedule to be coordinated between the defendant and his assigned probation officer USPO Rosario.

**I HEREBY CERTIFY**: That I on this same date electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorney's Office for the District of Puerto Rico.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on this date, November 21st, 2024.

*S/Ovidio E. Zayas Perez*
***OVIDIO E. ZAYAS PEREZ***
*USDC-PR 218010*
*PMB 387*
*P.O. BOX 194000*
*SAN JUAN, P.R. 00919-4000*
*PHONE: (787) 754-6715*
*ovidiozayasperez@hotmail.com*