IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.

CARLOS QUIÑONES-ORTIZ
***Defendant***

CRIMINAL NO. 3:24-cr-00442(PAD)

**MOTION FOR CHANGE OF PLEA**

TO THE HONORABLE COURT:

**COMES NOW** the Defendant Carlos Quiñones-Ortiz by and through the undersigned attorney and very respectfully **PRAYS** and **ALLEGES** as follows:

That defendant Carlos Quiñones-Ortiz informs this Honorable Court of his intent to change his plea to one of guilty in the above captioned case as per a plea agreement with the United States Attorney's Office to be filed with the Court, hence, it is respectfully requested that a change of plea hearing be set at a time and date to be determined by the Honorable Court.

**WHEREFORE**, the defendant respectfully requests from this Honorable Court to grant this motion and set a date for a change of plea hearing.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on this date March 4, 2025.

**I HEREBY CERTIFY:** That on this same date a copy of this motion was sent to **UNITED STATES ATTORNEY'S OFFICE** through the Court's CM/ECF System.

*S/Ovidio E. Zayas Perez*
***OVIDIO E. ZAYAS PEREZ. ESQ.***
*USDC-PR 218010*
*PMB #387*
*P.O. BOX 194000*
*SAN JUAN, P.R. 00919-4000*
*TEL:(787) 754-6715*
*ovidiozayasperez@hotmail.com*