IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
***Plaintiff***

vs.

CARLOS QUIÑONES-ORTIZ
***Defendant***

CRIMINAL NO. 24-442 (PAD)

**SECOND MOTION REQUESTING MODIFICATION OF CONDITIONS OF RELEASE**

TO THE HONORABLE COURT:

COMES NOW the above captioned defendant through the undersigned attorney and very respectfully PRAYS and ALLEGES as follows:

1. On January 24, 2025 the appearing defendant filed a *"MOTION REQUESTING MODIFICATION OF CONDITIONS OF RELEASE"* [Dkt #53] requesting the modification of his conditions of release authorizing the removal of his EMD due to several medical conditions as well as the authorizing the defendant to visit and stay at his property located in Cabo Rojo as per the recommendations and schedule authorized by his USPO Mr. Norman Rosario. Up to this date this motion still hasn't been ruled upon by You Honor.

2. The defendant respectfully and humbly requests said motion to be ruled and granted by this Honorable Court, in light of the fact that the defendant's medical conditions which triggered the need of the removal of his EMD have even worsened and moreover, the defendant has already even filed his motion for change of plea and his COP is scheduled to be held on April 21, 2025 at 3:00 P.M.

**WHEREFORE,** the defendant respectfully requests from this Honorable Court to **GRANT** the instant motion therefore modifying the defendant's conditions of release as requested in our *"MOTION REQUESTING MODIFICATION OF CONDITIONS OF RELEASE"* [Dkt #53] originally filed on January 24, 2025, with any other remedy applicable under the Law.

**I HEREBY CERTIFY**: That I on this same date electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorney's Office for the District of Puerto Rico.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on this date, March 28th, 2025.

*s/Ovidio E. Zayas Perez*
***OVIDIO E. ZAYAS PEREZ***
*USDC-PR 218010*
*PMB 387*
*P.O. BOX 194000*
*SAN JUAN, P.R. 00919-4000*
*PHONE: (787) 754-6715*
*ovidiozayasperez@hotmail.com*